**Clyde HYLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73166.**

Missouri Court of Appeals, Western District.

Dec. 20, 2011.

Matthew Ward, Columbia, MO, for appellant.

Shaun J. Mackelprang and Karen L. Kramer, Jefferson City, MO, for respondent.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, JAMES M. SMART, JR., Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Clyde Hyler appeals the judgment of the trial court that denied his motion for post-conviction relief.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.